Matter of Coke v Niagara County Dist. Attorney (2023 NY Slip Op 04032)

Matter of Coke v Niagara County Dist. Attorney

2023 NY Slip Op 04032

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, MONTOUR, AND OGDEN, JJ.

454 OP 22-00885

[*1]IN THE MATTER OF WILLIAM J. COKE, SR., PETITIONER,
v
NIAGARA COUNTY DISTRICT ATTORNEY, RESPONDENT. 

WILLIAM J. COKE, SR., PETITIONER PRO SE. 
BRIAN D. SEAMAN, DISTRICT ATTORNEY, LOCKPORT, FOR RESPONDENT. 

 Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to compel the disclosure of purported evidence and seeking vacatur of a criminal conviction. 
It is hereby ORDERED that said petition is unanimously dismissed without costs (see CPLR 7801 [2]; 7803; see generally Matter of Hennessy v Gorman, 58 NY2d 806, 807 [1983]; Matter of Thompson v Annucci [appeal No. 2], 136 AD3d 1408, 1409 [4th Dept 2016], lv denied 27 NY3d 909 [2016]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court